# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.  **APPEARANCE BOND**

Natalie Edwards  CASE number: 1:18mj501

Surety: We, the undersigned, jointly and severally acknowledge that we and our... personal representatives, jointly and severally, are bound to pay the United States of America the sum of $1000,000.00 UNSECURED.

The conditions of this bond are that the defendant Natalie Edwards is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of the bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interests and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 10/17/2018 at 401 Courthouse Square, Alexandria, VA22314

Defendant: _____  Address: _____
              Natalie Edwards
Surety: _____  Address: _____
              Archie Sours
Surety: _____  Address: _____
              Martha Sours

Signed and acknowledged before me on 10/17/2018

Fernando Galindo
Clerk of Court

BY: _____
U.S. Deputy Clerk

Approved: _____

**UNITED STATES DISTRICT COURT**

F I L E D
OCT 1 7 2018
CLERK, U.S. ... COURT

__Eastern__ District of __Virginia__

| United States of America | **ORDER SETTING CONDITIONS OF RELEASE** |
|---|---|
| V. | |
| __Natalie Edwards__ | Case Number: 1:18mJ501 |
| Defendant | |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __United States District Court__ ~~401 Courthouse Sq., Alexandria, VA~~ _For Southern District of New York_ on __TBD and/or on or before 11/2-1/18__.
Place / Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ✓ ) (5) The defendant _and her parents_ executes an unsecured bond binding the defendant to pay the United States the sum of __One Thousand dollars__ dollars ($100,000) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☒) (6) The defendant is placed in the custody of:
Person or organization  her parents Archie W. Sours + Martha Sours
Address (only if above is an organization) _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: Martha A Sours   17 Oct 2018
        [signature] Custodian   17 Oct 2018
                                  Date

(☒) (7) The defendant must:
- (☒) (a) report on a regular basis to the following agency: **Pretrial Services**
- (☐) (b) continue or actively seek employment.
- (☐) (c) continue or start an education program.
- (☒) (d) surrender any passport to: Pretrial Services plus husband's passport
- (☒) (e) not obtain a passport or other international travel document.
- (☒) (f) abide by the following restrictions on personal association, residence, or travel: **Do not depart the ~~Washington D.C.~~ SDNY, DC, EDVA ~~metropolitan~~ area without prior approval of Pretrial Services or the Court.**
- (☒) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: CC1, Reporter 1, FinCEN personnel (except in presence of counsel)
- (☐) (h) get medical or psychiatric treatment: _____
- (☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- (☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- (☐) (k) not possess a firearm, destructive device, or other weapon.
- (☐) (l) not use alcohol (☐) at all (☐) excessively.
- (☒) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (☒) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- (☐) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- (☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - (☐) (i) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer; or
  - (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- (☐) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - (☐) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- (☒) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- (☒) (s) No access to FinCEN property or equipment without express permission of FinCEN Director or his designee

Preliminary hearing to be set at least 30 days from now with consent of court in SDNY.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Natalie M_____
Defendant's Signature

_NEW KENT VA_____    _804 651 3940_
City and State                   Telephone Number

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _10/17/18_                _____
                                Judicial Officer's Signature
                                /s/
                                **Theresa Carroll Buchanan**
                                **United States Magistrate Judge**
                                Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL